

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOWEI QIN,<br><br>                                    Petitioner,<br><br>v.<br><br>SIXTO MARRERO, Facility<br>Administrator of Imperial Regional<br>Detention Facility, et al.,<br><br>                                    Respondents. | Case No.:  26-CV-565 JLS (MMP)<br><br>**ORDER DISMISSING PETITION<br>FOR WRIT OF HABEAS CORPUS**<br><br>(ECF No. 1) |

Presently before the Court is Xiaowei Qin's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1).  Petitioner filed the Petition on January 28, 2026.  *See generally* Docket.  On the same day, Petitioner filed another identical petition.  *See Qin v. Marrero et al.*, 26-CV-564 AGS (VET), ECF No. 1.[1]  On February 2, 2026, the Court ordered Petitioner's counsel to show why the Petition should not be dismissed as duplicative <u>on or before February 16, 2026</u>.  ECF No. 2.  This deadline has come and gone, and Petitioner's counsel has not complied with the Court's order.  *See*

---

[1] On February 4, 2026, Judge Schopler granted Petitioner's Petition and ordered a bond hearing.  *See Qin v. Marrero et al.*, 26-CV-564 AGS (VET), ECF No. 6.

1

26-CV-565 JLS (MMP)

*generally* Docket.    Accordingly, the Court **DISMISSES** the Petition **WITHOUT PREJUDICE**.  The Clerk **SHALL** close the file.

      **IT IS SO ORDERED.**

Dated:  February 23, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-565 JLS (MMP)